SARAH WORTMAN et al., Respondents, *v.* MARY A. ROBINSON, Impleaded, etc., Appellant.

(Argued March 11, 1889; decided March 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 9, 1887, which affirmed a judgment in favor of plaintiffs, entered upon an order overruling a demurrer to the complaint and which directed final judgment.

*John W. Fiske* for appellant.

*Harrison S. Moore* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JOHN KELLY, Administrator, etc., Respondent, *v.* THE TWENTY-THIRD STREET RAILWAY COMPANY, Appellant.

(Argued March 11, 1889; decided March 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 6, 1888, which affirmed a judgment in favor of plaintiff, entered on a verdict.

*Leslie W. Russell* for appellant.

*Alfred Steckler* for respondent.

Agree to affirm ; no opinion.
All concur, except EARL, J., dissenting.
Judgment affirmed.